IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-9-H-3

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JASON LAVON BOONE | |

Before the court is defendant's motion to file D.E. #753 under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in defendant's motion, the court finds good cause exists.

Accordingly, the motion, D.E. #754, is GRANTED, and D.E. #753 shall be filed under seal.

SO ORDERED.

This the 13th day of June, 2017.

Malcolm J. Howard
Senior United States District Judge